No. 13, Original. MISSOURI ET AL. v. DAVEY ET AL. The motion for leave to file bill of complaint is denied. *Illinois* v. *Wisconsin*, 333 U. S. 879; *Louisiana* v. *Cummins*, 314 U. S. 580; and *Massachusetts* v. *Missouri*, 308 U. S. 1, 18–20. *John M. Dalton*, Attorney General of Missouri, and *Robert L. Hyder* for plaintiffs. *Latham Castle*, Attorney General of Illinois, and *William C. Wines*, Assistant Attorney General, for Streeper, and *Schaefer O'Neill* for Struif et al., defendants.

No. 345, October Term, 1955. STERLING v. LOCAL 438, LIBERTY ASSOCIATION OF STEAM & POWER PIPE FITTERS & HELPERS ASSOCIATION, ET AL. The motion for leave to file petition for writ of mandamus is denied. *Louis R. Milio* for petitioner.

No. 132. PRINCE v. UNITED STATES. Certiorari, 351 U. S. 962, to the United States Court of Appeals for the Fifth Circuit. The motion of petitioner to enlarge the record is granted.

No. 751, Misc., October Term, 1955. McNALLY v. TEETS, WARDEN. The motion for leave to file petition for rehearing is granted. The order of June 4, 1956, denying certiorari, 351 U. S. 972, is vacated. Treating the papers filed as a petition for certiorari to the Supreme Court of California in its case No. 5884, decided April 18, 1956, as well as in its case No. 5783, decided February 28, 1956, certiorari is denied in both cases. [No. 5783 reported below, 46 Cal. 2d 307, 293 P. 2d 777. No. 5884 unreported.]